UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jason L. Wichert,

   Plaintiff,           Case No. 07-14363

v.                  Hon. Nancy G. Edmunds

Patricia L. Caruso, et. al.,

   Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

   This matter has come before the Court on the Magistrate Judge's Report and Recommendation.  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Defendant P.A. Tyree's motion for summary judgment [#64] is GRANTED and the case is hereby DISMISSED.

   SO ORDERED.

            s/Nancy G. Edmunds
            Nancy G. Edmunds
            United States District Judge

Dated:  February 16, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 16, 2011, by electronic and/or ordinary mail.

            s/Carol A. Hemeyer
            Case Manager